ORIGINAL

FILED
DISTRICT COURT OF GUAM
MAR 15 2006
MARY L.M. MORAN
CLERK OF COURT

TAITAGUE_D.ref

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00048 |
| Plaintiff, | ) | |
| v. | ) | PETITION TO REFUND OVERPAYMENT OF RESTITUTION |
| DAVID C. TAITAGUE, | ) | |
| Defendant. | ) | |

## PETITION

On September 11, 2003, Defendant DAVID C. TAITAGUE was sentenced, among other things, to pay a $25.00 special assessment fee and restitution in the amount of $3,000.00. Interest accrued on the restitution at the legal interest rate of 1.21 percent  Plaintiff petitions the Court to refund the overpaid portion of the restitution imposed against the Defendant:

1. The following assessment fee was imposed against Defendant:

| | |
|---|---|
| $ 25.00 | Amount of assessment fee |
| $3,000.00 | Amount of Restitution |
| $ 43.06 | Amount of Restitution Interest |
| $3,100.00 | Amount collected (see attachment A) |
| $ 31.94 | Amount overpaid |

2. Plaintiff respectfully requests that the Court refund the full amount of overpayment by issuing a check in the amount of $31.94 to David C. Taitague and mailing the check to his last known address.

3. Plaintiff further requests that any future payments made by defendant be refunded to him.

DATED this 14th day of March, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: /s/
MARIVIC P. DAVID
Assistant U.S. Attorney

# District Court of Guam
# Fees Report

Case: CR-03-00048

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|---|---|---|---|---|---|
| 09/11/2003 | 0023027 | TAITAGUE, DAVID | | | |
| | | | CR-03-00048: CR-03-00048 U.S.A. vs. DAVID TAITAGUE Assessments/Fines | | |
| | | | Assessments/Fines | $ | 25.00 |
| | | | Payment Type(s) Cash | $ | 25.00 |
| 10/14/2003 ✓ | 0023210 | TAITAGUE, DAVID | | | |
| | | | CR-03-00048: CR-03-00048 USA vs DAVID TAITAGUE Restitution | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) Cash | $ | 100.00 |
| 11/03/2003 ✓ | 0023342 | TAITAGUE, DAVID | | | |
| | | | CR-03-00048: CR-03-00048 USA vs DAVID TAITAGUE Restitution | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) Cash | $ | 100.00 |
| 12/01/2003 ✓ | 0023483 | TAITAGUE, DAVID C. | | | |
| | | | CR-03-00048: CR-03-00048 USA vs DAVID C. TAITAGUE Restitution | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) Cash | $ | 100.00 |
| 12/31/2003 ✓ | 0023638 | TAITAGUE, DAVID C. | | | |
| | | | CR-03-00048: CR-03-00048 RE: USA vs DAVID C. TAITAGUE Restitution | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) Cash | $ | 100.00 |

Not on report
10/8/04 Receipt # 25260 ✓
$100.00

7/5/05 Receipt # 26675
$100.00

525-



Page 1 of 6

# District Court of Guam
# Fees Report

Case: CR-03-00048

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|---|---|---|---|---|---:|
| 02/04/2004 | 0023811 | BLAS, TONY | CR-03-00048: CR-03-00048<br>RE: USA vs DAVID TAITAGUE<br>Restitution | | |
| | | |     Restitution | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | |     Cash | $ | 100.00 |
| 03/04/2004 | 0023974 | TAITAGUE, DAVID C. | CR-03-00048: CR-03-00048<br>USA vs DAVID C. TAITAGUE<br>Restitution | | |
| | | |     Restitution | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | |     Cash | $ | 100.00 |
| 04/05/2004 | 0024170 | TAITAGUE, DAVID C. | CR-03-00048: CR-03-00048<br>USA vs DAVID C. TAITAGUE<br>Restitution | | |
| | | |     Restitution | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | |     Cash | $ | 100.00 |
| 05/05/2004 | 0024413 | TAITAGUE, DAVID C. | CR-03-00048: CR-03-00048<br>USA vs DAVID C. TAITAGUE<br>Restitution | | |
| | | |     Restitution | $ | 100.00 |
| | | | Payment Type(s) | | |
| | | |     Cash | $ | 100.00 |
| 05/21/2004 | 0024513 | TAITAGUE, DAVID C. | CR-03-00048: CR-03-00048<br>USA VS. DAVID TAITAGUE<br>Restitution | | |
| | | |     Restitution | $ | 75.00 |
| | | | Payment Type(s) | | |
| | | |     Cash | $ | 75.00 |

475

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | Amount |
|---|---|---|---|---|
| 06/08/2004 | 0024621 | TAITAGUE, DAVID C. | CR-03-00048: CR-03-00048 USA vs DAVID TAITAGUE Restitution | |
| | | | Restitution | $ 100.00 |
| | | | Payment Type(s) Cash | $ 100.00 |
| 07/06/2004 | 0024757 | TAITAGUE, DAVID C. | CR-03-00048: CR-03-00048 USA vs DAVID C. TAITAGUE Restitution | |
| | | | Restitution | $ 100.00 |
| | | | Payment Type(s) Cash | $ 100.00 |
| 08/05/2004 | 0024925 | TAITAGUE, DAVID C. | CR-03-00048: CR-03-00048 USA vs DAVID C. TAITAGUE Restitution | |
| | | | Restitution | $ 100.00 |
| | | | Payment Type(s) Cash | $ 100.00 |
| 09/03/2004 | 0025085 | TAITAGUE, DAVID C. | CR-03-00048: CR-03-00048 USA vs DAVID C. TAITAGUE Restitution | |
| | | | Restitution | $ 100.00 |
| | | | Payment Type(s) Cash | $ 100.00 |
| 11/03/2004 | 0025383 | TAITAGUE, DORIS | CR-03-00048: CR-03-00048 USA vs DAVID TAITAGUE Restitution | |
| | | | Restitution | $ 100.00 |
| | | | Payment Type(s) Cash | $ 100.00 |

# District Court of Guam
# Fees Report

Case: CR-03-00048

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|---|---|---|---|---|---|
| 12/03/2004 | 0025545 | TAITAGUE, DAVID C. | CR-03-00048: CR-03-00048<br>USA VS. DAVID TAITAGUE<br>Restitution | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Cash | $ | 100.00 |
| 01/04/2005 | 0025692 | TAITAGUE, DAVID C. | CR-03-00048: CR-03-00048<br>USA vs DAVID C. TAITAGUE<br>Restitution | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Cash | $ | 100.00 |
| 02/03/2005 | 0025848 | TAITAGUE, DAVID C. | CR-03-00048: CR-03-00048<br>USA vs DAVID TAITAGUE<br>Restitution | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Cash | $ | 100.00 |
| 03/03/2005 | 0026008 | TAITAGUE, DAVID C. | CR-03-00048: CR-03-00048<br>USA vs DAVID TAITAGUE<br>Restitution | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Cash | $ | 100.00 |
| 04/01/2005 | 0026153 | TAITAGUE, DAVID C. | CR-03-00048: CR-03-00048<br>USA vs DAVID C. TAITAGUE<br>Restitution | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Cash | $ | 100.00 |

5∞-

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|---|---|---|---|---|---|
| 05/05/2005 | 0026330 | TAITAGUE, DAVID C. | CR-03-00048: CR-03-00048<br>USA vs DAVID C. TAITAGUE<br>Restitution | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Cash | $ | 100.00 |
| 06/06/2005 | 0026512 | TAITAGUE, DAVID C. | CR-03-00048: CR-03-00048<br>USA vs DAVID C. TAITAGUE<br>Restitution | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Cash | $ | 100.00 |
| 08/04/2005 | 0026863 | TAITAGUE, DAVID C. | CR-03-00048: CR-03-00048<br>USA vs DAVID C. TAITAGUE<br>Restitution | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Cash | $ | 100.00 |
| 09/02/2005 | 0027016 | TAITAGUE, DAVID C. | CR-03-00048: CR-03-00048<br>USA vs DAVID C. TAITAGUE<br>Restitution | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Cash | $ | 100.00 |
| 10/03/2005 | 0027178 | TAITAGUE, DAVID C. | CR-03-00048: CR-03-00048<br>USA vs DAVID TAITAGUE<br>Restitution | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Cash | $ | 100.00 |

Case: CR-03-00048

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|---|---|---|---|---|---|
| 11/03/2005 | 0027462 | TAITAGUE, DAVID C. | CR-03-00048: USA v. Taitague<br>Party: TAITAGUE, DAVID C.<br>Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Cash | $ | 100.00 |
| 12/05/2005 | 0027643 | TAITAGUE, DAVID C. | CR-03-00048: USA v. Taitague<br>Party: TAITAGUE, DAVID C.<br>Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Cash | $ | 100.00 |
| 01/03/2006 | 0027825 | TAITAGUE, DAVID C. | CR-03-00048: USA v. Taitague<br>Party: TAITAGUE, DAVID C.<br>Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Cash | $ | 100.00 |
| 02/02/2006 | 0028016 | TAITAGUE, DAVID C. | CR-03-00048: USA v. Taitague<br>Party: TAITAGUE, DAVID C.<br>Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Cash | $ | 100.00 |
| 03/03/2006 | 0028204 | TAITAGUE, DAVID C. | CR-03-00048: USA v. Taitague<br>Party: TAITAGUE, DAVID C.<br>Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Cash | $ | 100.00 |

10/13/04        District Court of Guam        Page 2
Restitution/Fines
From: 10/04/04    To: 10/08/04

| Date | Receipt | Client | Amount |
|---|---|---|---|
| 10/06/04 | 0025267 | LIN, XIAO JIE<br>CR-04-00027<br>USA vs XIAO JIE LIN<br>Fine | $ 1,000.00 |
| 10/06/04 | 0025270 | SANTOS, JOSE IGNACIO FLORES<br>CR-99-00157<br>USA vs JOSE I.F. SANTOS<br>Restitution<br>Check Info: 101-0521/1214 #0103 | $ 100.00 |
| 10/07/04 | 0025271 | SIMPKINS-WILLIAMS, ROXANNE R.<br>CR-97-00123<br>USA vs ROBERT E. SIMPKINS<br>Assessments/Fines<br>Check Info: 59-523/1214 #200 | $ 550.25 |
| 10/07/04 | 0025272 | DUENAS, GAVIN ALBERT<br>MG-04-00018<br>USA vs GAVIN A. DUENAS<br>Assessments/Fines | $ 25.00 |
| 10/07/04 | 0025274 | DELGADO, BILLY JUNIOR<br>CR-93-00034<br>USA vs BILLY JUNIOR DELGADO<br>Restitution<br>Check Info: 59-523/1214 #65187 | $ 75.00 |
| 10/08/04 | 0025277 | CASTRO, JOSEPH ALDAN<br>CR-99-00045<br>USA vs JOSEPH A. CASTRO<br>Restitution<br>Check Info: 101-501/1214 #039639 | $ 57.50 |
| 10/08/04 | 0025278 | TANGUILEG, JENNIFER T.<br>CR-99-00008<br>USA vs JENNIFER T. TANGUILEG<br>Restitution<br>Check Info: 101-511/1214 #74726 | $ 150.00 |
| 10/08/04 | 0025280 | TAITAGUE, DAVID C.<br>CR-04-00048<br>USA vs DAVID C. TAITAGUE<br>Restitution | $ 100.00 |



| Date | Receipt | Client | Amount |
|---|---|---|---|
| 07/05/05 | 0026675 | TAITAGUE, DAVID C.<br>CR-04-00048<br>USA vs DAVID C. TAITAGUE<br>Restitution | $ 100.00 |
| 07/05/05 | 0026676<br>JOINT | SABLAN, JAMES G.<br>CR-02-00012<br>USA vs JAMES G. SABLAN<br>Restitution | $ 300.00 |
| 07/05/05 | 0026677 | BORJA JR., GREGORIO C.<br>CR-03-00040<br>USA vs GREGORIO C. BORJA, JR.<br>Fine | $ 50.00 |
| 07/05/05 | 0026678 | CASTRO, JOSEPH K<br>MG-05-00024<br>USA vs JOSEPH K. CASTRO<br>Assessments $10.00<br>Fines $10.00 | $ 20.00 |
| 07/05/05 | 0026680 | FIGUEROA, ROBERT IVAN T.<br>CR-97-00111<br>USA vs ROBERT I.T. FIGUEROA<br>Restitution<br>Check Info: 101-501/1214 #3 | $ 100.00 |
| 07/05/05 | 0026682 | CHAMPACO, MARIO C.<br>CR-03-00023<br>USA vs MARIO C. CHAMPACO<br>Restitution<br>Check Info: 59-101/1213 #87618 | $ 65.00 |
| 07/05/05 | 0026683 | TAIJERON, VINCENT<br>CR-98-00016<br>USA vs VINCENT TAIJERON<br>Restitution<br>Check Info: 59-102/1213 #00001556 | $ 275.00 |
| 07/05/05 | 0026684<br>(PIF) | CHARGUALAF, ROWINA A.<br>CR-02-00054<br>USA vs ROWINA A. CHARGUALAF aka ROWINA A. TAUANNU<br>Assessments/Fines<br>Check Info: 90-8198/3222 #1572 | $ 100.00 |
| 07/05/05 | 0026685<br>(PIF) | BANK OF GUAM<br>CR-95-00098<br>USA vs FREDERICK A. COCHRAN<br>Assessments/Fines<br>S/A = $200.00<br>FINE = $631,493.03<br>Check Info: 101-511/1214 #741946 | $ 631,693.03 |
| 07/05/05 | 0026686 | CASTRO, LOLITA M.<br>CR-01-00095<br>USA vs LOLITA M. CASTRO<br>Restitution | $ 30.00 |
| 07/05/05 | 0026687 | KIM, TONY HO<br>CR-95-00182<br>USA vs TONY HO KIM<br>Fine | $ 500.00 |
| 07/06/05 | 0026691 | BERNARDO, KATHLEEN<br>CR-97-00116<br>USA vs KATHLEEN BERNARDO<br>Restitution | $ 100.00 |
| 07/06/05 | 0026692 | CHOI, YONG S.<br>CR-04-00009<br>USA vs YONG S. CHOI<br>Restitution | $ 50.00 |
| 07/07/05 | 0026694 | DELGADO, BILLY JUNIOR<br>CR-93-00034<br>USA vs BILLY J. DELGADO<br>Restitution<br>Check Info: 59-523/1214 #67281 | $ 75.00 |
| 07/08/05 | 0026704 | KAIPAT, MICARIA W.<br>CR-03-00030<br>USA vs MICARIA W. KAIPAT | |