TAITAGUE_D.ord

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM
MAR 15 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID C. TAITAGUE, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 03-00048 <br><br> **O R D E R** <br><br> Re: United States Petition to Refund Overpayment of Restitution |

Based upon the Plaintiff's Petition to Refund Overpayment of Restitution, the Court hereby orders the overpaid portions of the restitution in the amount of $31.94 shall be refunded to David C. Taitague by mailing a check to his last known address as provided by the plaintiff. Any future payments made by Defendant David C. Taitague shall be refunded to him.

**IT IS SO ORDERED**, this 15th day of March, 2006.

JAMES L. ROBART*
Designated Judge
District Court of Guam

**ORIGINAL**

---

*The Honorable James L. Robart, United States District Judge for the Western District of Washington, by designation.