

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DAVID C. TAITAGUE, ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 03-00048-001 <br><br> **REQUEST TO TRAVEL** |

On September 11, 2003, David C. Taitague was sentenced in the District Court of Guam for Receiving Stolen Property (Misdemeanor), in violation of 18 U.S.C. § 641. He was sentenced to a three year term of probation with conditions that he pay a special assessment fee of $25; not use or possess illegal controlled substances; refrain from the excessive use of alcoholic beverages and submit to random alcohol testing; obtain and maintain gainful employment; perform 100 hours of community service; and pay restitution in the amount of $3,000.

Mr. Taitague is requesting the Court's permission to travel to Quezon City, Republic of the Philippines, for medical treatment for liposarcoma (skin cancer) and cardiomyophathy (heart problems). He is by referred to St. Luke's Hospital, and will be accompanied by his wife, Doris Taitague. His departure date is scheduled for March 18, 2006, with an approximate return date of April 18, 2006. Should Mr. Taitague have to remain in the Philippines longer, Court approval will be sought at that time.

**ORIGINAL**

Request to Travel
Re: TAITAGUE, David C.
USDC Cr. Cs. No. 03-00048-001
March 17, 2006
Page 2

To date, Mr. Taitague has satisfactorily adjusted to his term of probation. He paid his $25 special assessment fee on September 11, 2003 and completed 100 hours of community service on October 12, 2003. He makes $100 monthly restitution payments as required, and has an outstanding balance of $1,700. In addition, he submits monthly supervision reports in a timely manner. Mr. Taitague was previously allowed to travel to the Philippines for his wife's medical treatment and returned without incident. This officer supports his travel request and seeks Court approval.

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U. S. Probation Officer

By: *Judy Anne L. Ocampo*
JUDY ANNE L. OCAMPO
U. S. Probation Officer

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: File