

| | | |
|---|---|---|
| PROB 37<br>(Rev. 7/71) | **UNITED STATES DISTRICT COURT**<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |

FILED

DISTRICT COURT OF GUAM

DATE  March 17, 2006

MAR 17 2006

MARY L.M. MORAN
CLERK OF COURT

**David C. Taitague**
**USDC Cr.Cs.#03-00048-001**
**SS# XXX-XX-2843**
**DOB: XX-XX-1956**
**HT: 5'7" WT: 180 lbs**



YOU ARE AUTHORIZED TO TRAVEL TO     **Quezon City, Republic of the Philippines**

LEAVING          **March 18, 2006**          AND RETURNING          **April 18, 2006**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Medical treatment at St. Luke's Hospital, Quezon City, Republic of the Philippines.**

SPECIAL INSTRUCTIONS:     (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA.
ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

**1.  You shall abide by your conditions of probation while in Quezon City, Republic of the Philippines;**

**2.  You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;**

**3.  You shall call your probation officer if you change accommodation/location; and**

**4.  You shall call your probation officer within 24 hours upon your return to Guam.**

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

**JUDY ANNE L. OCAMPO**

UNITED STATES PROBATION OFFICER

NAME          N/A

ADDRESS

**RECEIVED**

MAR 17 2006

**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

[X] APPROVED          [ ] DISAPPROVED