UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DAVID C. TAITAGUE, ) <br> Defendant. ) | CRIMINAL CASE NO. 03-00048-001 <br><br> REQUEST TO TRAVEL |

On September 11, 2003, David C. Taitague was sentenced in the District Court of Guam for Receiving Stolen Property (Misdemeanor), in violation of 18 U.S.C. § 641. He was sentenced to a three year term of probation with conditions that he pay a special assessment fee of $25; not use or possess illegal controlled substances; refrain from the excessive use of alcoholic beverages and submit to random alcohol testing; obtain and maintain gainful employment; perform 100 hours of community service; and pay restitution in the amount of $3,000.

Mr. Taitague is requesting the Court's permission to travel to Quezon City, Republic of the Philippines, for medical treatment at the St. Luke's Hospital for cardiomyophathy (heart problems). On March 18, 2006, Mr. Taitague was referred to St. Luke's Hospital, where he was treated for heart problems. He returned to Guam on April 18, 2006. Mr. Taitague has been referred to St. Luke's Hospital for possible open-heart surgery. He is scheduled to leave on May 6, 2006 and will return on June 19, 2006. Should Mr. Taitague have to remain in the Philippines longer, Court approval will be sought at that time.

To date, Mr. Taitague has satisfactorily adjusted to his term of probation. He paid his $25 special assessment fee on September 11, 2003, and completed 100 hours of community service on October 12, 2003. On March 20, 2006, Mr. Taitague paid the restitution amount of $3,000 in full. In addition, he submits monthly supervision reports in a timely manner. Mr. Taitague was previously allowed to travel to the Philippines for medical treatment and returned without incident. This Officer supports his travel request and seeks Court approval.

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U. S. Probation Officer

By: *Judy Anne T. Ocampo*
JUDY ANNE L. OCAMPO
U. S. Probation Officer

Reviewed by:

*[signature]*
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: File

ORIGINAL