| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|

**ORIGINAL**

David C. Taitague
USDC Cr.Cs.#03-00048-001
SS# XXX-XX-2843
DOB: XX-XX-1956
HT: 5'7"  WT: 180 lbs



DATE **FILED**
DISTRICT COURT OF GUAM
MAY -1 2006
MARY L.M. MORAN
CLERK OF COURT

YOU ARE AUTHORIZED TO TRAVEL TO     Quezon City, Republic of the Philippines

LEAVING     May 6, 2006     AND RETURNING     June 19, 2006

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

**PURPOSE OF THIS TRIP:**

Medical treatment at St. Luke's Hospital, Quezon City, Republic of the Philippines.

**SPECIAL INSTRUCTIONS:**     (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your conditions of probation while in Quezon City, Republic of the Philippines;

2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;

3. You shall call your probation officer if you change accommodation/location; and

4. You shall call your probation officer within 24 hours upon your return to Guam.

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

JUDY ANNE L. OCAMPO
UNITED STATES PROBATION OFFICER

NAME     N/A
ADDRESS

RECEIVED
APR 27 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

[X] APPROVED     [ ] DISAPPROVED

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

Case 1:03-cr-00048    Document 23    Filed 05/01/2006    Page 1 of 1