

**FILED**
DISTRICT COURT OF GUAM
JUL 14 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CRIMINAL CASE NO. 03-00048-001 |
| Plaintiff, | ) | |
| vs. | ) | REQUEST TO TRAVEL |
| **DAVID C. TAITAGUE,** | ) | |
| Defendant. | ) | |

On September 11, 2003, David C. Taitague was sentenced in the District Court of Guam for Receiving Stolen Property (Misdemeanor), in violation of 18 U.S.C. § 641. He was sentenced to a three year term of probation with conditions that he pay a special assessment fee of $25; not use or possess illegal controlled substances; refrain from the excessive use of alcoholic beverages and submit to random alcohol testing; obtain and maintain gainful employment; perform 100 hours of community service; and pay restitution in the amount of $3,000.

Mr. Taitague is requesting the Court's permission to travel to Quezon City, Republic of the Philippines, for medical treatment at St. Luke's Hospital. He is scheduled to leave on August 1, 2006 and return on September 14, 2006. It is noted, that Mr. Taitague's supervision will end on September 10, 2006.

To date, Mr. Taitague has satisfactorily adjusted to his probation conditions. He paid his $25 special assessment fee on September 11, 2003 and completed 100 hours of community service on October 12, 2003. On March 20, 2006, Mr. Taitague paid the restitution amount of $3,000 in full. In addition, he submits monthly supervision reports in a timely manner. Mr. Taitague was previously allowed to travel to the Philippines for medical treatment without incident. This Officer supports his travel request and seeks Court approval.

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U. S. Probation Officer

By: *[signature]*
JUDY ANNE L. OCAMPO
U. S. Probation Officer

Reviewed by:

*[signature]*
CHRISTOPHER J. DUENAS
Acting Chief U.S. Probation Officer

cc: File

**ORIGINAL**