| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT FEDERAL PROBATION SYSTEM  **PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE  U.S. PROBATION OFFICE 2nd Floor, U.S. District Courthouse 520 West Soledad Avenue Hagatna, Guam 96910 Tel: (671) 473-9201 |
|---|---|---|

David C. Taitague
USDC Cr.Cs.#03-00048-001
SS# XXX-XX-2843
DOB: XX-XX-1956
HT: 5'7"  WT: 180 lbs



DATE: July 12, 2006

**FILED**
DISTRICT COURT OF GUAM
JUL 17 2006
MARY L.M. MORAN
CLERK OF COURT

YOU ARE AUTHORIZED TO TRAVEL TO  Quezon City, Republic of the Philippines

LEAVING  August 1, 2006  AND RETURNING  September 14, 2006

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Medical treatment at St. Luke's Hospital, Quezon City, Republic of the Philippines.**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your conditions of probation while in Quezon City, Republic of the Philippines;

2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;

3. You shall call your probation officer if you change accommodation/location; and

4. You shall call your probation officer within 24 hours upon your return to Guam.

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

NAME  N/A

**RECEIVED**
JUL 14 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**FILED**
DISTRICT COURT OF GUAM
JUL 14 2006
MARY L.M. MORAN
CLERK OF COURT

Judy Anne T. Ocampo
JUDY ANNE L. OCAMPO
UNITED STATES PROBATION OFFICER

[X] APPROVED   [ ] DISAPPROVED

HON. JOAQUIN V.E. MANIBUSAN, Jr.
U.S. Magsitrate Judge

JUL 17 2006

ORIGINAL