## UNITED STATES DISTRICT COURT FILED

FOR THE

*District of Guam*

DISTRICT COURT OF GUAM

SEP 18 2006

MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

v.

DAVID C. TAITAGUE

}

CRIMINAL CASE NO. 03-00048-001

It appearing that the above named has complied with the conditions of probation imposed by the order of the Court heretofore made and entered in this case and that the period of probation expired on **September 10, 2006**, I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: *Judy Anne L. Ocampo*

JUDY ANNE L. OCAMPO
U.S. Probation Officer

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:     Edward J. Lynch, AUSA
        Curtis Vandeveld, Defense Counsel
        File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this _18th_ day of September 2006.

HON. JOAQUIN V.E. MANIBUSAN, Jr.
U.S. Magistrate Judge
District of Guam

RECEIVED

SEP 15 2006

DISTRICT COURT OF GUAM

ORIGINAL